**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Stacey L. Calhoun
                    Debtor(s)

M&T Bank
                 v.
Stacey L. Calhoun
                and
Scott Waterman
                Trustee

Chapter 13

NO. 19-14655 JKF

**ORDER**

AND NOW, this 30th day of April, 2020 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on February 12, 2020 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow M&T Bank and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 419 Westmont Drive Collingdale, PA 19023.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

                                            HONORABLE JEAN K. FITZSIMON
                                            United States Bankruptcy Judge

cc: See attached service list

Stacey L. Calhoun
419 Westmont Drive
Collingdale, PA 19023-1025

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

David M. Offen Esq.
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532