| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 19-14655-AMC

STACEY L CALHOUN  
419 WESTMONT DRIVE  
COLLINGDALE  PA    19023-1025

Petition Filed Date: 07/25/2019  
341 Hearing Date: 09/06/2019  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/22/2019 | $320.00 | | 12/09/2019 | $320.00 | | 05/07/2020 | $2,524.00 | |

**Total Receipts for the Period: $3,164.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,164.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | | | | | |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | | |
|---|---|---|---|---|
| Total Receipts: | $3,164.00 | Current Monthly Payment: | $631.00 |
| Paid to Claims: | $0.00 | Arrearages: | $1,893.00 |
| Paid to Trustee: | $308.08 | Total Plan Base: | $35,345.00 |
| Funds on Hand: | $2,855.92 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.